UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60496-CIV-COHN/STRAUSS

BENJAMIN ALBERT,

    Plaintiff,

v.

MATCH GROUP, INC., MATCH GROUP, LLC, and DOES 1-100,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon *pro se* Plaintiff Benjamin Albert's failure to comply with the Court's Order to Show Cause [DE 59]. As detailed in that Order, Plaintiff failed to appear as instructed at the telephonic Scheduling Conference held on September 16, 2022. DE 59 at 1. The Court therefore ordered Plaintiff to show cause by September 30, 2022 why this case should not be dismissed for failure to prosecute and to comply with a Court Order. Id. To date, Plaintiff has failed to respond to the Court's Order to Show Cause. That Order advised Plaintiff that his non-compliance may result in dismissal of his case without prejudice without further notice. DE 59 at 1. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2022.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record and pro se Plaintiff via CM/ECF